```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DR. OLIVIA N. SERDAREVIC and
BOSILJKA SERDAREVIC,

                      Plaintiffs,
                                              08 Civ. 5563 (DAB)
          -against-                           ORDER

CENTEX HOMES, LLC.,

                      Defendant.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 10, 2008

DEBORAH A. BATTS, United States District Judge.

The Complaint in the above captioned matter arises out of an alleged transaction regarding land in Goshen, New York, in Orange County. The Plaintiffs in this action reside in Goshen, New York, in Orange County. The Defendant is a Delaware Limited Liability Company with a principal place of business in Manalapan, New Jersey.

Local Civil Rule 21 provides, in pertinent part, that a civil case shall be designated for assignment to the White Plains courthouse if: "[t]he claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester (the 'Northern Counties') and at least one of the parties resides in the Northern Counties. . . ." Local Civil Rule 21(a)(i).

Since the claim stated in the Complaint arose in Orange County and since at least one of the Parties resides in that

county, this matter ought to be designated for assignment to White Plains.

Accordingly, the Clerk of Court is directed to transfer this case to the White Plains courthouse.

SO ORDERED.

Dated:   New York, New York
         July 10, 2008

*Deborah A. Batts*
Deborah A. Batts
United States District Judge