UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
DR. OLIVIA N. SERDAREVIC and        :
BOSILJKA SERDAREVIC,                :
                                    :
      Plaintiffs,                 :
                                    :   Civ. Act. No. 08 CV 5563
   vs.                              :
                                    :   **NOTICE OF APPEARANCE**
CENTEX HOMES, LLC,                  :
                                    :
      Defendant.                 :
_____:

    **PLEASE TAKE NOTICE** that the undersigned hereby appears in this case as counsel for defendant Centex Homes, LLC.

        **WOLFF & SAMSON PC**
        The Offices at Crystal Lake
        One Boland Drive
        West Orange, NJ 07052


        By:   s/David M. Dugan
            DAVID M. DUGAN

Dated: July 18, 2008

1139687.1