IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DR. OLIVIA N. SERDAREVIC, and BOSILJKA SERDAREVIC | : : : : |
| Plaintiffs, | : Civ. Act. No. 08-CV-5563-KMK : |
| v. | : **NOTICE OF SUBSTITUTION** : **OF COUNSEL** |
| CENTEX HOMES, LLC, | : : |
| Defendant. | : : |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that Deborah J. Israel of the law firm of Womble Carlyle Sandridge & Rice, PLLC be substituted as counsel for Defendant Centex Homes, LLC in place of David M. Dugan of Wolff & Samson PC.

DATED:  July 30, 2008                            Respectfully submitted,

**WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC**

By: _/s/ Deborah J. Israel_____
Deborah J. Israel (DI4226)
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C.  20005
(202) 857-4466
(202) 261-0034 (facsimile)

*Attorneys for Defendant, Centex Homes, LLC*

                                      **WOLF & SAMPSON PC**

                                      By:     */s/ David M. Dugan*
                                      David M. Dugan
                                      WOLF & SAMSON PC
                                      140 Broadway, 46th floor
                                      New York, NY  10005-1107
                                      (212) 973-0572

SO ORDERED:

_____
KENNETH M. KARAS, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2008, a true and correct copy of the foregoing Notice of Substitution of Counsel was served electronically via the CM/ECF system upon the following:

Marc S. Dreier
Joel Chernov
Brian Dunefsky
DREIER LLP
499 Park Avenue
New York, NY  10022
(212) 328-6100


   ___/s/ Deborah J. Israel_____
   Deborah J. Israel