BATTS, J.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DR. OLIVIA N. SERDAREVIC and
BOSILJKA SERDAREVIC,

      Plaintiffs,

vs.

CENTEX HOMES, LLC,

      Defendant.

Civ. Act. No. 08 CV 5563 (DAB)

**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant CENTEX HOMES, LLC to answer or otherwise respond to the Complaint in the within action is hereby extended until and including **August 8, 2008**. The original date to respond to the Complaint was July 10, 2008. This is the first request for an extension of time to respond.

Dated: New York, New York
      July 9, 2008

DREIER LLP
*Attorneys for Plaintiffs*
*Dr. Olivia N. Serdarevic and*
*Bosiljka Serdarevic*

By: _____
   Brian Dunefsky, Esq.
   499 Park Avenue
   New York, New York 10022
   (212) 328-6100

WOLFF & SAMSON PC
*Attorneys for Defendant Centex Homes, LLC*

By: _____
   David M. Dugan, Esq.
   140 Broadway, 46th Floor
   New York, NY 10005-1107
   (212) 973-0572

SO ORDERED:

~~DEBORAH A. BATTS, U.S.D.J.~~
KENNETH M. KARAS, U.S.D.J.
7/28/08

1137419.1