```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF NEW YORK

---

DR. OLIVIA N. SERDAREVIC and :
BOSILJKA SERDAREVIC, :
                                    :  Civ. Act. No. 08 CV 5563 (KMK)
       Plaintiffs, :
                                    :  **STIPULATION AND ORDER**
vs. :  **EXTENDING DEFENDANT'S**
                                    :  **TIME TO ANSWER OR**
CENTEX HOMES, LLC, :  **OTHERWISE RESPOND TO**
                                    :  **THE COMPLAINT**
       Defendant. :

---

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant CENTEX HOMES, LLC to answer or otherwise respond to the Complaint in this action is hereby extended until and including **August 22, 2008.** The original date to respond to the Complaint was July 10, 2008. Centex, through its original counsel, David M. Dugan of Wolff & Samson PC, first sought to extend to August 8, 2008 its time to respond to the Complaint by letter and attached stipulation dated July 9, 2008, which was then forwarded to the Clerk of this vicinage on July 11, 2008 (Doc. No. 5). That request was granted. Deborah J. Israel of Womble Carlyle Sandridge & Rice, PLLC has now substituted as counsel for Centex, and has received Plaintiff's consent to this request for an extension of time to respond.

Dated: August 1, 2008

| | |
|---|---|
| DREIER LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| By: _____ | By: _____ |
| Brian Dunefsky, Esq. | Deborah J. Israel, Esq. |
| 499 Park Avenue | 1401 I Street, NW, 7th Floor |
| New York, New York 10022 | Washington, D.C. 20005 |
| Telephone: (213) 328-6100 | Telephone: (202) 857-4466 |
| *Counsel to Plaintiffs* | *Counsel to Defendant* |

SO ORDERED:

_____
KENNETH M. KARAS, U.S.D.J.
8/4/08

WCSR 3948554v1